FILED

06/03/2022

Bowen Greenwood
CLERK OF THE SUPREME COURT
STATE OF MONTANA

Case Number: DA 21-0610

IN THE SUPREME COURT OF THE STATE OF MONTANA

No. DA 21-0610

MARK DEMING,

      Plaintiff and Appellant,

v.

JASON DEMING and KELLY DEMING,

      Defendants and Appellees.

## ORDER

Upon consideration of Appellees' unopposed Motion for Extension of Time to File Response Brief, and good cause appearing,

IT IS HEREBY ORDERED that the Appellees are granted an extension of time to and including July 13, 2022, within which to prepare, file, and serve the Appellees' Response to the Appellant's Opening Brief.

KJ

Electronically signed by:
Bowen Greenwood
Clerk of the Supreme Court
June 3 2022